IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNESTO ALLEQUES PORTALES, | § | |
| TDCJ-CID NO.1166152, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-2897 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
|     Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED for want of jurisdiction.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas on this 5th day of October, 2005.

 

MELINDA HARMON
UNITED STATES DISTRICT JUDGE